BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:21-cr-00009-RRB-SAO |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| vs. | ) DISTRIBUTION OF CHILD |
|  | ) PORNOGRAPHY |
|  | )   Vio. of 18 U.S.C. § 2252A(a)(2), (b) |
| JASON PATZKE, | ) |
|  | ) <u>COUNT 2</u>: |
| Defendant. | ) RECEIPT OF CHILD |
|  | ) PORNOGRAPHY |
|  | )   Vio. of 18 U.S.C. § 2252A(a)(2), (b) |
|  | ) <u>ENHANCED STATUTORY</u> |
|  | ) <u>PENALTIES ALLEGATION</u>: |
|  | )   18 U.S.C. § 2252A(b)(1) |

I N D I C T M E N T

The Grand Jury charges that:

//

## COUNT 1

On or about June 3, 2018, within the District of Alaska, the defendant, JASON PATZKE, knowingly distributed any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. § 2252A(a)(2), (b).

## COUNT 2

On or about June 3, 2018, within the District of Alaska, the defendant, JASON PATZKE, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. § 2252A(a)(2), (b).

## ENHANCED STATUTORY PENALTIES ALLEGATION

At the time the defendant, JASON PATZKE, committed the offense charged in Count 1, he had been convicted of an offense under the laws of the State of Alaska relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor or ward, as listed below:

//

//

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| April 21, 2005 | Sexual Abuse of a Minor in the Second Degree AS 11.41.436(a)(2) | Superior Court for the State of Alaska at Fairbanks | 4FA-04-04440CR |

All pursuant to 18 U.S.C. § 2252A(b)(1).

A TRUE BILL.

                                            s/ Grand Jury Foreperson
                                            GRAND JURY FOREPERSON

s/ James Klugman for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:  February 17, 2021